# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | | |
|---|---|---|
| ABERCROMBIE & FITCH TRADING CO., | ) | |
| *Plaintiff(s),* | ) | |
| v. | ) | Civil Action No. 1:26-cv-26408-JB |
| ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual, *et al.* | ) | |
| *Defendant(s).* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual
219 Noble Rd
South Abington Township, PA 18411

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2026




Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

ABERCROMBIE & FITCH TRADING CO.,

*Plaintiff(s),*

v.

ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual, *et al.*

*Defendant(s)*.

Civil Action No. 1:26-cv-26408-JB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

CHIC FRAGRANCE CO. LLC, a Pennsylvania limited liability company
c/o REGISTERED AGENTS INC
502 W 7TH ST, STE 100
ERIE, PA 16502-1333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

ABERCROMBIE & FITCH TRADING CO.,

*Plaintiff(s),*

v.

ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual, *et al.*

*Defendant(s).*

Civil Action No. 1:26-cv-26408-JB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

DOVR BUSINESS CONSULTING, LLC, a Delaware limited liability company
c/o RESIDENT AGENTS INC.
8 THE GREEN, STE R
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ABERCROMBIE & FITCH TRADING CO.,

*Plaintiff(s),*

v.

ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual, *et al.*

*Defendant(s).*

Civil Action No. 1:26-cv-26408-JB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

NATHAN HINDS ENTERPRISES, LLC, a Delaware limited liability company
c/o RESIDENT AGENTS INC.
8 THE GREEN, STE R
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

ABERCROMBIE & FITCH TRADING CO.,

*Plaintiff(s),*

v.

ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual, *et al.*

*Defendant(s)*.

Civil Action No. 1:26-cv-26408-JB

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SCRANTON AND WALES, LLC, a Pennsylvania limited liability company
c/o REGISTERED AGENTS INC
502 W 7TH ST, STE 100
ERIE, PA 16502-1333

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts