# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | | |
|---|---|---|
| ABERCROMBIE & FITCH TRADING CO.,<br>*Plaintiff(s),*<br><br>v.<br><br>ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual, *et al.*<br><br>*Defendant(s)*. | ) | Civil Action No. 1:26-cv-26408-JB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

NATHAN HINDS ENTERPRISES, LLC, a Delaware limited liability company
c/o RESIDENT AGENTS INC.
8 THE GREEN, STE R
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen M. Gaffigan/STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
E-mail: stephen@smgpa.cloud

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 17, 2026

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ Micky Quezada

Deputy Clerk
U.S. District Courts

# AFFIDAVIT OF SERVICE

| **Case:** 1:26-cv-26408-XXXX | **Court:** In the United States District Court for the Southern District of Florida | **Job:** 16899334 |
|---|---|---|
| **Plaintiff / Petitioner:** ABERCROMBIE & FITCH TRADING CO., an Ohio Corporation | | **Defendant / Respondent:** ALELIA HALL a/k/a ALELIA HALL THOMPSON, an individual; CHIC FRAGRANCE CO. LLC, a Pennsylvania limited liability company; DOVR BUSINESS CONSULTING, LLC, a Delaware limited liability company; NATHAN HINDS ENTERPRISES, LLC, a Delaware limited liability company; and SCRANTON AND WALES, LLC, a Pennsylvania limited liability company |
| **Received by:** Harris Investigations, LLC | | **For:** Stephen M. Gaffigan, P.A. |
| **To be served upon:** Nathan Hinds Enterprises, LLC, a Delaware limited liability company c/o REGISTERED AGENTS INC | | |

I, Don Oliphant, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Nathan Hinds Enterprises, LLC, a Delaware limited liability company c/o REGISTERED AGENTS INC, 8 The Green Ste. R, Dover, DE 19901

**Manner of Service:** Registered Agent, Sep 21, 2026, 9:21 am EDT

**Documents:** Civil Cover Sheet (Received Sep 19, 2026 at 1:04am EDT), Exhibit 1 (Received Sep 19, 2026 at 1:04am EDT), Exhibit 2 (Received Sep 19, 2026 at 1:04am EDT), Exhibit 2 Part 2 (Received Sep 19, 2026 at 1:04am EDT), Exhibit 2 Part 3 (Received Sep 19, 2026 at 1:04am EDT), Complaint (Received Sep 19, 2026 at 1:04am EDT), Summons (Received Sep 19, 2026 at 1:04am EDT)

**Additional Comments:**
1) Successful Attempt: Sep 21, 2026, 9:21 am EDT at 8 The Green Ste. R, Dover, DE 19901 received by Nathan Hinds Enterprises, LLC, a Delaware limited liability company c/o REGISTERED AGENTS INC. Age: 30's; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'5"; Hair: Black; Other: Megan Smith (customer service representative);

10/06/2026

Don Oliphant — Date
ID#1021

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
1-302-841-4951